*Neil Johnson*, in support of the petition.

*Cathy A. Dowd*, assistant bar counsel, in opposition.

Decided March 5, 1998

## ROGER ROY *v.* GENERAL DYNAMICS CORPORATION, ELECTRIC BOAT DIVISION, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 924 (AC 17118), is denied.

*Roger Roy*, pro se, in support of the petition.

Decided March 5, 1998

## NORTHEAST SAVINGS, F.A. *v.* JACK S. SCHERBAN ET AL.

The defendants Jack S. Scherban and Andrea L. Scherban's petition for certification for appeal from the Appellate Court, 47 Conn. App. 225 (AC 16705), is denied.

*M. Dean Montgomery*, in support of the petition.

*Elaine M. Scanlon*, in opposition.

Decided March 5, 1998

## STATE OF CONNECTICUT *v.* WILLIAM CONNELLY

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 486 (AC 14639), is denied.

*Lisa J. Steele*, special public defender, in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided March 17, 1998

### STATE OF CONNECTICUT *v.* WILLIAM CONNELLY

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 486 (AC 14639), is denied.

*William Connelly,* pro se, in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided March 17, 1998

### STATE OF CONNECTICUT *v.* MITCHELL HENDERSON

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 542 (AC 15998), is denied.

*Craig A. Raabe* and *James P. Ray,* special public defenders, in support of the petition.

*Harry Weller,* assistant state's attorney, in opposition.

Decided March 17, 1998

### STANLEY CHANCE *v.* COMMISSIONER OF CORRECTION

The petitioner Stanley Chance's petition for certification for appeal from the Appellate Court, 47 Conn. App. 539 (AC 16327), is denied.